IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| Susan J. Keeshan, M.D., | ) | Civil Action No. 3:05-3601-MBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AND OPINION** |
| | ) | |
| Eau Claire Cooperative Health Centers, | ) | |
| Inc., and Stuart A. Hamilton, M.D., | ) | |
| individually and Deborah Davis, M.D., | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Susan J. Keeshan ("Plaintiff") brought this action against Eau Claire Cooperative Health Centers, Inc. ("Defendant"), alleging retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, and violation of the South Carolina Wage Payment Act, S.C. Code Ann. §§ 41-10-10, et seq. The matter was tried commencing February 11, 2008. On February 12, 2008, the jury rendered a verdict in favor of Defendant as to both claims.

On February 21, 2008, the court directed the Clerk of Court to tax costs in favor of Defendant in the amount of two thousand eight hundred and twenty-three dollars and five cents ($2,823.05). On the same day, Plaintiff appealed the verdict to the Fourth Circuit Court of Appeals and filed a Motion to Stay the Entry of Judgment Pending Appeal. On February 25, 2008, the court denied Plaintiff's Motion to Stay the Entry of Judgment.

This matter is now before the court on Plaintiff's Motion to Stay Taxation of Costs Pending

Appeal, filed March 4, 2008. (Entry 126).  In the within motion, Plaintiff seeks leave of the court to file a supersedeas bond in an amount equal to one hundred and fifty percent (150%) of the amount of the costs taxed, pursuant to Local Civil Rules 62.01 and 62.02.

The court grants Plaintiff leave to file a supersedeas bond.  Upon Plaintiff's filing of the supersedeas bond, the Clerk of Court shall stay taxation of costs pending Plaintiff's appeal.

**IT IS SO ORDERED**.

/s/Margaret B. Seymour
Margaret B. Seymour
United States District Judge

April 8, 2008
Columbia, South Carolina